(INND Rev. 1/21)                                                                                     page 1

-FILED-

JUN 0 1 2023

At _____ M
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]*

Macion Sanders ,

[You are the **PLAINTIFF**, print your full name on this line.]

v.

Webb Industries ,

[The **DEFENDANT** is who you are suing. Put <u>ONE</u> name on this line. List <u>ALL</u> defendants below, including this one.]

Case Number ___1:23CV223___

[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is <u>VERY IMPORTANT</u> that you include it on <u>everything</u> you send to the court for this case. <u>DO NOT</u> send more than one copy of anything to the court.]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] WeBB Industries | 3925 ardmore Ave Fort Wayne, In 46803 |
| 2 | [Put the names of any other defendants in these boxes.] | |
| 3 | | |

*[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant <u>in a separate box</u> as shown here.]*

1. How many defendants are you suing? __1__

2. What is your address? __6121 Guild Drive__

_____

3. What is your telephone number: __(260) 479 7546__

4. Have you ever sued anyone for these exact same claims?

   ⊗ No.

   ◯ Yes, attached is a copy of the final judgment <u>OR</u> an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

*[<u>DO NOT</u> write in the margins or on the back of any pages. Attach additional pages if necessary.]*

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Webb Industries is where I worked, the company was a great company. Until they changed Plant managers Niskia was rude and disrepectful, he treated the black people bad. I was injured twice on the job Niskia and H.R called me into office and said it was my blood pressure meds, that I didn't even take. Discrimination Nislia told me I had to do 17 rolls or he would not have a job for me. The white and hispanic girls didn't do 17 rolls ran less production then me. Niskia hanass and bullied me. There was white people injuried he never move them to another shift

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

Claims and Facts (continued)

_____

_____

_____

_____

_____

_____

**PRIOR LAWSUITS** – Have you ever sued anyone for this exact same event?

⊘ No.

◯ Yes, attached is a copy of the final judgment <u>OR</u> an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

**RELIEF** – If you win this case, what do you want the court to order the defendant to do?

_____

_____

_____

_____

_____

**FILING FEE** – Are you paying the filing fee?

◯ Yes, I am paying the $402.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

◯ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

_____ I will keep a copy of this complaint for my records.

_____ I will promptly notify the court of any change of address.

_____ I declare **under penalty of perjury** that the statements in this complaint are true.

_Jacion Sanders_____          _6-1-23_____
Signature                                                    Date

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]